# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ARRON MICHAEL LEWIS**                                                                 **PLAINTIFF**
**ADC #151373**

v.                              No. 2:21-cv-17-DPM-BD

**DEXTER PAYNE, Director, Arkansas**
**Division of Correction;  WENDY KELLEY,**
**Former Director;  LINDA SOUTHERN,**
**Mailroom Supervisors, East Arkansas**
**Regional Unit;  GAYLON LAY, Warden/**
**Superintendent EARU;  WILLIAM**
**STRAUGHN, Assistant Director, ADC;**
**and KELLY, Law Library Supervisor,**
**Former Mailroom Supervisors, EARU**                                **DEFENDANTS**

## ORDER

Motion for extension, *Doc. 7*, granted.  Application to proceed *in forma pauperis* due by 19 April 2021.  In light of this extension, the Court declines the pending recommendation, *Doc. 6*, without prejudice and returns this case to the Magistrate Judge for further proceedings.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 March 2021