IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ARRON MICHAEL LEWIS
ADC #151373                                                                                          PLAINTIFF

v.                              No: 2:21-cv-17-DPM-BD

DEXTER PAYNE, Director, ADC;
WENDY KELLEY, Former Director, ADC;
LINDA SOUTHERN, Mailroom Supervisor,
EARU; GAYLON LAY, Warden, EARU;
WILLIAM STRAUGHN, Assistant Director,
ADC; and KELLY, Law Library Supervisor,
EARU                                                                                                  DEFENDANTS

ORDER

**1.** The Court withdraws the reference.

**2.** Motion to voluntarily dismiss, *Doc. 9*, granted. Lewis's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

20 April 2021