# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

ARRON MICHAEL LEWIS,
ADC #151373                                                              PLAINTIFF

v.                          No: 2:21-cv-17-DPM

DEXTER PAYNE, Director, ADC;
WENDY KELLEY, Former Director, ADC;
LINDA SOUTHERN, Mailroom Supervisor,
EARU; GAYLON LAY, Warden, EARU;
WILLIAM STRAUGHN, Assistant Director,
ADC; and KELLY, Law Library Supervisor,
EARU                                                                     DEFENDANTS

## JUDGMENT

Lewis's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 April 2021